UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 3:12-00205 |
| | ) | SENIOR JUDGE NIXON |
| | ) | |
| ISAIAS HERNANDEZ RAMOS | ) | |

## MOTION TO SET PLEA HEARING

Through counsel, defendant Isaias Hernandez-Ramos moves to set a plea hearing in this matter, which is set for trial on June 25, 2013. Both parties have availability on June 24, 2013, anytime before 3:00 p.m. Mr. Hernandez-Ramos requires the services of a Spanish-speaking interpreter.

*GRANTED*

*Plea hearing set for*

*June 24, 2013, at 10:00 a.m.*

*[signature]*

Respectfully submitted,

*/s/ Caryll S. Alpert*
CARYLL S. ALPERT, BPR #017021
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: caryll_alpert@fd.org

Attorney for Isaias Hernandez Ramos

### CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2013, I electronically filed the foregoing Motion To Set a Plea with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: **William F. Abely, II,** Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203; **Jodie A. Bell for Mario Brave Romauldo,** Bell, Tennent & Frogge, PLLC, Bank of America Plaza, 414 Union Street, Suite 904, Nashville, TN 37219; **David I. Komisar for Juan Tello-Leynes,** 211 Printer's Alley Building, Suite 400, Nashville, TN 37201-1414; and **Jennifer L. Thompson for Maria Marquez Ramirez,** 715 Crescent Road, Nashville, TN 37205.

*/s/ Caryll S. Alpert*