UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA )
)
)
vs ) NO: 3:12-00205
)

ISAIAS H. RAMOS
JUAN TELLO-LEYNES
MARIA MARQUEZ RAMIREZ

NOTICE OF SETTING SENTENCING DATE

The sentencing hearing in the above-styled case has been set for **Thursday, September 12, 2013 at 10:00 a.m ,** in the United States Courthouse, 801 Broadway, Nashville, Tennessee, Courtroom No. 774. You will receive no further notice.

If the defendant is released on bond, his failure to appear for sentencing on the above date may result in the forfeiture of bond and/or additional charges.

The defendant is instructed to report immediately to the United States Probation Office of this Court to initiate the Pre-sentence Investigation (**Room A725, 7th Floor, 736-5771).** The Probation Office is directed to submit a Pre-sentence Investigation and report to the Court.

**KEITH THROCKMORTON, CLERK**

BY: Mary Conner
Courtroom Deputy Clerk
TELEPHONE: 736-5689

NOTE: No continuance can be granted except by Order of the Court. Any request should be brought to the Court's attention as soon as possible by calling the Courtroom Deputy at the above number.